# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

November 25, 2025

**Via Email and ECF**
Honorable Valerie Figueredo
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007
FigueredoNYSDChambers@nysd.uscourts.gov

*Mr. Tirado's bail conditions are hereby modified to permit for home detention so that he can seek and obtain employment. The request for permission to attend Thanksgiving dinner at the home of Mr. Tirado's godparents in the Bronx is granted. Mr. Tirado is permitted to visit on November 27, 2025, between 1p.m. to 10 p.m.*

*11/25/25*

*Valerie Figueredo, U.S.M.J.*

Re:     **United States v. Brian Tirado**
        **25-mj-1854**

Dear Judge Figueredo,

        I write to request a modification of the bail conditions in the above-captioned case.  Mr. Tirado appeared for presentment before the Court on June 3, 2025.  At that time, after a bail hearing, the Court set the following conditions: a $100,000 personal recognizance bond, co-signed by two financially responsible persons; travel restricted to SDNY/EDNY; surrender of travel documents and no new applications; Pretrial Supervision as directed by PTS; Drug testing and treatment as required by PTS;  home incarceration; location monitoring technology as directed by PTS; no possession of firearm/destructive device/other weapon; reside with his aunt at her apartment in the Bronx. All conditions were satisfied.

        Since his release into home incarceration, Mr. Tirado has fully complied with the terms of pretrial release, leaving home only for pre-approved meetings with counsel and medical and therapy appointments.

        We respectfully request that the Court modify Mr. Tirado's Mr. Tirado's bail conditions to require home detention instead of home incarceration. I have conferred with Pretrial Services, and they have no objection to this change. I have conferred with the government, and they have no objection. The Federal Defenders social work department referred Mr. Tirado to ACCES-VR, which assists people with special needs in finding employment. Being on home detention will allow Mr. Tirado to secure employment.

        Secondly, Mr. Tirado humbly asks the Court for permission to attend Thanksgiving dinner at the home of his godparents in the Bronx. I have provided Pretrial Services and the government with the address and a list of the individuals who will be attending. We request that Mr. Tirado be permitted this visit for Thursday, November 27, from 1:00p.m. to 10:00p.m. It will only require him 20 minutes' travel time from his aunt's home to his godparents' home. Pretrial Services' office policy is to object to all social requests for individuals under home incarceration or home detention. The government defers to Pretrial Services.

# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

Respectfully submitted,

/s/
Michael Rooney
Attorney for Mr. Brian Tirado
917-565-1094

**CC:**
Connie Dang
Assistant United States Attorney
United States Attorney's Office
Southern District of New York
26 Federal Plaza
New York, NY 10278
connie.dang@usdoj.gov