UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------------- x

UNITED STATES OF AMERICA,

                                   Plaintiff,

          -   v. -

BRIAN NATHANIEL TIRADO,

                                   Defendant.

--------------------------------------------------------------------- x

25 CR 521 (ALC)

**ORDER**

USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: _12-2-25_

ANDREW L. CARTER, JR., District Judge:

       Arraignment set for **December 4, 2025,** at **3:15 p.m.**

**SO ORDERED.**

Dated:        **New York, New York**
                 **December 2, 2025**

                                **ANDREW L. CARTER, JR.**
                                **United States District Judge**