# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

March 3, 2026

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __3/5/26____

**Via Email and ECF**
Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:     **United States v. Brian Tirado**
        **25-cr-0521**

Dear Judge Carter,

I write to request modifications of the bail conditions in the above-captioned case. Pretrial Services has no objection to these requests. Since his release into home incarceration on June 3, 2025, Mr. Tirado fully complied with the terms of pretrial release, leaving home only for pre-approved meetings with counsel, program attendance, and medical and therapy appointments. Since December 2025, he has been enrolled in the ACCES-VR program for employment and vocational training as well as support for his disabilities. Mr. Tirado is eagerly seeking employment through the program and on his own, and he wishes to join a gym for his mental and physical health.

We ask that Mr. Tirado be permitted to visit his father at his home in the Bronx, on March 5, from 1:00PM to 5:00PM, allowing 1 hour of travel each way. The address has been provided to Pretrial Services and the government.

We also request that Mr. Tirado's bail conditions be modified from home detention to a curfew requiring him to stay in his home from 8:00PM to 7:00AM daily.

The government has no objection to our March 5 visit request, but they have not yet taken a position regarding the curfew request.

The entire application is **GRANTED.**
So Ordered.

*[signature]* 3/5/26

Respectfully submitted,

/s/
Michael Rooney
Attorney for Mr. Brian Tirado
917-565-1094

CC:     Connie Dang, Assistant United States Attorney