# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

July 1, 2026

**BY ECF**

Hon. Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __7/2/26_____

Re:     **United States v. Brian Nathaniel Tirado**
        **25 Cr. 521 (ALC)**

Dear Judge Carter:

I write to respectfully request a modification of Brian Tirado's conditions of release to: (1) remove the curfew and location monitoring condition of release, and (2) allow him to live with his stepmother in the Bronx. Pretrial services does not object to either request. The government takes no position on removing the condition of a curfew enforced by location monitoring. The government defers to pretrial with respect to where Mr. Tirado resides.

Following his arrest on June 3, 2025, Magistrate Judge Figueredo released Mr. Tirado on his own signature and imposed bail conditions, including: a $100,000 personal recognizance bond, cosigned by two financially responsible persons; travel restricted to SDNY/EDNY; surrender of all travel documents and no new applications; pretrial supervision as directed by pretrial services; drug testing and treatment as directed by pretrial; mental health evaluation and treatment as directed by pretrial; no possession of firearm, destructive device, or other weapon; home incarceration enforced by location monitoring technology; cannot go near apartment 17 at 1452 Beach Avenue; contact with co-defendant except in the presence of counsel. ECF No. 7.

Mr. Tirado timely met the conditions of the bond. On July 29, 2025, Magistrate Judge Figueredo modified the conditions of release to clarify that Mr. Tirado could not communicate *about the case* with his co-defendant, his father, outside the presence of counsel. ECF No. 16. On November 25, 2025, Magistrate Judge Figueredo granted Mr. Tirado's request to replace the home incarceration condition of release with home detention to enable Mr. Tirado to seek and maintain employment. ECF No. 33. On March 5, 2026, this Court granted Mr. Tirado's request to further downgrade his conditions of release from home detention to a curfew. ECF No. 62. On May 13, 2026 this Court granted Mr. Tirado's request for a temporary bail modification to enable him to attend his little brother's birthday in New Jersey. ECF No. 75.

Mr. Tirado has appeared in court as directed and has faithfully complied with all conditions of release. Since April, Mr. Tirado has been working steadily doing maintenance at St. Bartholomew's Church in Manhattan. His pretrial services officer describes him as "very compliant." A curfew enforced by location monitoring is no longer necessary to reasonably assure Mr. Tirado's return to court and the safety of the community.

Since his release, Mr. Tirado has been living with his aunt. Her lease recently expired and she intends to move, leaving Mr. Tirado without a home. Mr. Tirado's stepmother is happy to have him live with her in the Bronx. He will continue to stay away from 1452 Beach Avenue, Apartment 17.

Accordingly, Mr. Tirado now respectfully requests a bail modification to (1) remove the curfew and location monitoring condition of release, and (2) allow him to reside with his stepmother in the Bronx. Pretrial services does not object to either request. The government takes no position on removing the condition of a curfew enforced by location monitoring. The government defers to pretrial with respect to where Mr. Tirado resides.

Thank you for your consideration of this request.

Respectfully submitted,

/s/

Marne L. Lenox, Esq.

*Counsel for Brian Tirado*

cc:    Counsel of record

The application is **GRANTED**.
So Ordered.

7/2/26

2