Federal Defenders
OF NEW YORK, INC.

MEMO ENDORSED

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

July 9, 2026

**BY ECF**

USDC SDNY
DOCUMENT ELECTRONICALLY
FILED
DOC#: ______
DATE FILED: 7-9-26

Hon. Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**Re: United States v. Brian Nathaniel Tirado**
**25 Cr. 521 (ALC)**

Dear Judge Carter:

I write to respectfully request a modification of Brian Tirado's conditions of release to allow him to travel to the District of New Jersey, where some of his family resides. Pretrial services does not object to this request. The government defers to pretrial.

Following his arrest on June 3, 2025, Magistrate Judge Figueredo released Mr. Tirado on his own signature and imposed bail conditions, including: a $100,000 personal recognizance bond, cosigned by two financially responsible persons; travel restricted to SDNY/EDNY; surrender of all travel documents and no new applications; pretrial supervision as directed by pretrial services; drug testing and treatment as directed by pretrial; mental health evaluation and treatment as directed by pretrial; no possession of firearm, destructive device, or other weapon; home incarceration enforced by location monitoring technology; cannot go near apartment 17 at 1452 Beach Avenue; contact with co-defendant except in the presence of counsel. ECF No. 7.

Mr. Tirado timely met the conditions of the bond. On July 29, 2025, Magistrate Judge Figueredo modified the conditions of release to clarify that Mr. Tirado could not communicate *about the case* with his co-defendant, his father, outside the presence of counsel. ECF No. 16. On November 25, 2025, Magistrate Judge Figueredo granted Mr. Tirado's request to replace the home incarceration condition of release with home detention to enable Mr. Tirado to seek and maintain employment. ECF No. 33. On March 5, 2026, this Court granted Mr. Tirado's request to further downgrade his conditions of release from home detention to a curfew. ECF No. 62. On May 13, 2026 this Court granted Mr. Tirado's request for a temporary bail modification to enable him to attend his little brother's birthday in New Jersey. ECF No. 75.

On July 2, 2026, this Court granted Mr. Tirado's request to remove the curfew and location monitoring condition of release and allow him to live with his stepmother in the Bronx. ECF No.

79. Mr. Tirado has since had his location monitoring equipment removed and moved in with his stepmother without incident.

Mr. Tirado has appeared in court as directed and has faithfully complied with all conditions of release. Since April, Mr. Tirado has been working steadily doing maintenance at St. Bartholomew's Church in Manhattan. His pretrial services officer describes him as "very compliant."

Mr. Tirado has family in New Jersey, *see* ECF No. 75, that he would like to regularly visit. Accordingly, he respectfully requests a bail modification to extend his travel permissions to the District of New Jersey (in addition to the Southern and Eastern Districts of New York). Pretrial services does not object to this request. The government defers to pretrial services.

Thank you for your consideration of this request.

Respectfully submitted,

/s/

Marne L. Lenox, Esq.

*Counsel for Brian Tirado*

cc: Counsel of record

The application is ✓ granted.
__ denied.

Andrew L. Carter Jr, U.S.D.J.
Dated: 7-9-26
NY, New York